IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA ) | MAGIS. 04 -_____ 0289 BMK |
| ) | |
| VS. ) | SEARCH WARRANT ON |
| ) | WRITTEN AFFIDAVIT |
| 2070 KALAKAUA STREET ROOM 1601 ) | |
| HONOLULU, HI 96815 ) | |
| ) | |
| ) | |
| _____) | |

## SEARCH WARRANT ON WRITTEN AFFIDAVIT

TO: ANY DULY AUTHORIZED FEDERAL LAW ENFORCEMENT OFFICER IN THE STATE OF HAWAII.

++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
**NAME AND OFFICIAL POSITION OF AFFIANT:**   Special Agent William C. Wise
**AFFIANT'S FED. LAW ENFORCEMENT AGENCY:**   DEA
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
**PREMISES/PROPERTY TO BE SEARCHED:** Room #1601 of the Gateway Hotel located at 2070 Kalakaua Street Honolulu, HI. Room #1601 is located on the 16th floor of the hotel in the southwest corner. The room has a gray colored steel door. A brown colored square and the numbers "1601" appear on the front of the door. The entrance door also has an attached electronic card entry system.
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
WHEREAS, Affidavit having been made before me by the above-named Affiant, that said Affiant has reason to believe that on the premises/property described in greater detail above, in the District of Hawaii, there is now being concealed certain property, identified in the attached "List of Items Authorized to be Searched-for and Seized Pursuant to Federal Search Warrant," which list is incorporated herein by reference and made a part hereof,

AND WHEREAS, I am satisfied that there is probable cause to believe that the property so described is being concealed on or in the above-described

premises/property and the grounds for application for issuance of the search warrant exist as stated in the supporting Affidavit,

NOW, THEREFORE, YOU ARE HEREBY COMMANDED to search on or before the tenth (10th) day after the issuance date of this warrant the premises/property named above for the property specified, serving this warrant and making the search at any time of the day or night (the same being authorized pursuant to 21 U.S.C. 879), and if the property be found there to seize it, leaving a copy of this warrant and receipt for the property taken, and prepare a written inventory of the property seized and promptly return this warrant to any Judicial Officer of this Court as required by law.

THIS WARRANT IS ISSUED AT HONOLULU, HAWAII, AT 4:30 P.M. ON March 25, 2004.

_____
BARRY M. KURREN
U.S. MAGISTRATE JUDGE
DISTRICT OF HAWAII

(SEAL)